Alison Wickizer Toepp (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1900
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
atoepp@reedsmith.com
*Counsel to KeyBank National Association*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE:<br><br>GLOBAL ENVIRONMENTAL SOLUTIONS, INC.<br>Debtor. | Case No. 19-11583-BFK |

**DISMISSAL ORDER**

This matter came before the Court on June 18, 2019, on the Motion of KeyBank National Association (the "Bank"), by counsel, for entry of an order converting the above-captioned chapter 11 case to a case under chapter 7 of the Bankruptcy Code or dismissing the chapter 11 case (ECF 22, the "Motion"). Based on the papers filed with the Court, the arguments of counsel, the consent of Debtor Global Environmental Solutions, Inc. (the "Debtor"), the consent of the Office of the U.S. Trustee, and because it otherwise appears just and proper to do so, the Court hereby GRANTS the Motion and DISMISSES THIS CASE WITH PREJUDICE as to Debtor's refiling a case under chapter 7 and chapter 11 for a period of 12 months. The automatic stay is hereby lifted effective as of the date of entry hereof. THIS MATTER IS CLOSED.

Dated: Jun 20 2019

/s/ Brian F. Kenney
Hon. Brian F. Kenney
United States Bankruptcy Court Judge

Entered on Docket: June 21, 2019

WE ASK FOR THIS:

*/s/ Alison Wickizer Toepp*
Alison Wickizer Toepp (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1900
Richmond, VA 23219-4068
atoepp@reedsmith.com
Telephone:  (804) 344-3400

    and

Jacob Allan Manheimer, *pro hac vice*
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
jmanheimer@pierceatwood.com
Telephone: (207) 791-1100
*Counsel for KeyBank National Association*


*/s/ Daniel M. Press*
Daniel M. Press (VSB No. 37123)
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
(703) 734-3800
*Counsel for Debtor*


SEEN AND AGREED:


*/s/ Jack Frankel (w/permission)*
Jack Frankel
Office of the U.S. Trustee, Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314

## CERTIFICATION

    I certify that this Order has been endorsed by all necessary parties.

                                            */s/ Alison Wickizer Toepp*
                                            Alison Wickizer Toepp (VSB No. 75564)

- 2 -

- 3 -

*Counsel for KeyBank National Association*