# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 19−11583−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Global Environmental Solutions, Inc.
aka Global Energy Solutions, Inc.
1420 King Street, Suite 401
Alexandria, VA 22314

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 26−2515954

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on June 21, 2019 dismissing the above−captioned case.

Dated:   June 21, 2019

[VAN015vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 19-11583-BFK
Global Environmental Solutions, Inc.                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9         User: huntingto          Page 1 of 5           Date Rcvd: Jun 21, 2019
                             Form ID: VAN015          Total Noticed: 229

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db            +Global Environmental Solutions, Inc.,    1420 King Street, Suite 401,
               Alexandria, VA 22314-2762
aty           +Deb Secrest,    Collections Support Unit,    651 Boas Street, Room 925,
               Harrisburg, PA 17121-0751
desig         +Kevin Pomerleau,    1420 King Street, Suite 401,    Alexandria, VA 22314-2762
cr             May Heavy Equipment, LLC,    215 Woodside Drive,    Lexington, NC 27292-7639
cr             PACCAR Financial Corp.,    c/o Richard D. Scott, Counsel,    c/o Richard D. Scott,
               Law Office of Richard D. Scott,    302 Washington Avenue SW,    Roanoke, VA 24016-4312
cr            +Pareto Captive Services,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
               401 S. 2nd Street, Suite 200,    Philadelphia, PA 19147-1612
cr            +Sterling National Bank,    c/o BEAN, KINNEY & KORMAN, P.C.,    Attn: Andrea Campbell Davison,
               2311 Wilson Blvd., 5th Floor,    Arlington, VA 22201-5422
14855848       365 DataCenters,    PO Box 59775,   Los Angeles, CA 90074-9715
14855839      +4 PERKINS, LLC,    165 FRONT ST,   CHICOPEE, MA 01013-1212
14855738      +819 7th St. Condominium, LLC,    819 7th St., NW, 4th Floor,    Washington, DC 20001-3787
14855788      +A&A Supply LLC,    22155 Energy Hwy,    New Martinsville, WV 26155-8329
14855795      +A. Michael Burnell,    23 Atlantic Ave.,    North Hampton, NH 03862-2305
14855881       AIG Private Client Group,    PO Box 35423,    Newark, NJ 07193-5423
14855777      +AMTOWER Auto Supply, Inc.,    P. O. Box 4639,    Bridgeport, WV 26330-4639
14855792      +Accordant Company, LLC,    68 Southfield Ave. Ste. 100,    Stamford, CT 06902-7223
14855718      +Adler Hydro Vac Services, LLC,    95-123 Firmenich Way Suite 300,    Newark, NJ 07114-3128
14904821      +Airgas USA, LLC,    110 West 7th St. Suite 1400,    Tulsa, OK 74119-1077
14855706      +Altec Capital Services, LLC,    33 Inverness Center Pkwy.,Ste.200,    Birmingham, AL 35242-7642
14855784       Anderson Equipment Company,    P.O. Box 823552,    Philadelphia, PA 19182-3552
14855822      +Automotive of York, Carlisle,    151 N.Adams Street,    York, PA 17404-5399
14855856      +Avetta, LLC,    PO Box 8474,    17671 Cowan #125,    Pasadena, CA 92614-6075
14855900      +BALTIMORE RAVENS, L.P.,    ATTN: ERC HUBBS 1101 RUSSELL ST,    BALTIMORE, MD 21230-2602
14855817       BROOK FURNITURE RENTAL, INC,    24997 NETWORK PLACE,    CHICAGO, IL 60673-1249
14855842      +BSC Cleaning Services,    BSC Cleaning Services,    170 John Roberts Rd. Ste 5,
               South Portland, ME 04106-3254
14855831       BSREP II PRINCE STREET, LLC,    TA OFFICE PO BOX 76000,    BALTIMORE, MD 21275-6120
14855827      +Bergen & Parkinson, LLC,    62 Portland Road, Suite #25,    Kennebunk, ME 04043-6668
14855724       Berry, Dunn, McNeil & Parker,    PO Box 1100, 100 Middle Street,    Portland, ME 04104-1100
14855794      +Big Wheel, Inc.,    42241 S. Morrison Blvd,    Hammond, LA 70403-6613
14855851      +Brian Fake,    962 Millstone Road,    York, PA 17406-8834
14855791      +C J Logging Equipment, Inc.,    P. O. Box 661,    Boonville, NY 13309-0661
14855732      +CARTER CAT,    1330 LYNCHBURG TURNPIKE,    SALEM, VA 24153-5416
14855697      +CERTIFIED Safety Products NY,    807 State Rte 417 PO Box E,    Andover, NY 14806-0506
14886058      +CIT Bank NA,    c/o Bankruptcy Processing Solutions Inc,    PO Box 593007,
               San Antonio, TX 78259-0200
14855756       CIT Bank, N.A,    21146 Newtwork Place,    Chicago, IL 60673-1211
14904815      +CT Corporation System,    28 Liberty St 42nd Floor,    New York, NY 10005-1448
14855710       CTOS Rentals, LLC,    P O Box 775543,    Chicago, IL 60677-5443
14855704       Caterpillar Financial Acct.,    P.O. Box 905229,    Charlotte, NC 28290-5229
14855809      +Central PA Teamsters H&W Fund,    PO Box 15224,    Reading, PA 19612-5224
14855869      +City of South Portland,    CITY HALL C/O JULIE MUNRO,    25 COTTAGE ROAD,
               SOUTH PORTLAND, ME 04106-3604
14904301      +CommonWealth Holdings LLC,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
               401 S. 2nd Street, Suite 200,    Philadelphia, PA 19147-1612
14855879      +Complete Hydraulics, Inc.,    591 Ridge Rd.,    Plymouth, ME 04969-3146
14855769      +Comptroller of Maryland,    301 W Preston St. Rm 409,    Baltimore MD 21201-2396
14855722      +Construction Search & Recruit,    5501 MEADOW HILL LOOP,    LADY LAKE, FL 32159-5951
14855859      +Cont Message Sol, Inc.,    41 S Grant Ave,    Columbus, OH 43215-3979
14855808      +Cooper Truck dba Freightliner,    6800 Frontage Road,    Monroe, LA 71202-4004
14855872      +Cox Minshall Winans,    1405 N. Pierce Street Suite 301,    Little Rock, AR 72207-5377
14855768      +Crafton Rental Company, LLC,    P. O. Box 145,    Kennett, MO 63857-0145
14855877      +DC Treasurer,    Office of Tax & Revenue,    P O Box 419,    Washington, DC 20044-0419
14855812       DE Lage Landen Financcial Inv.,    PO Box 41602,    Philadelphia, PA 19101-1602
14855823      +DEFENDIFY,    1 MARGINAL WAY 2ND FLOOR,    PORTLAND, ME 04101-1914
14855800      +DINO PIERGALLINI & SONS EQUIP,    41040 CADIZ-DENNISON ROAD,    CADIZ, OH 43907-9575
14855799      +DMI INTERNATIONAL, INC,    15615 E PINE STREET,    TULSA, OK 74116-2430
14855787     #+DNA Rentals LLC,    PO BOX 212,    Dedham Springs, LA 70727-0212
14855847       Daniel Seaward, Jr.,    2 Chauncey Creek Rd.,    Kittery Point, ME 03905-5200
14855801     #+DataCorp, LLC,    PO Box 1704,    Scarborough, ME 04070-1704
14855855      +Diversified Materials,    P..O. Box 589,    Prairieville, LA 70769-0589
14855730      +DriveKore Inc.,    Procut Concrete Sawing & Drilling,    101 Wesley Drive,
               Mechanicsburg, PA 17055-3540
14855723       EAN Services, LLC,    PO Box 402383,    Atlanta, GA 30384-2383
14902400      +EAN Services, LLC,    c/o Mary E. Bushyhead,    14002 E 21st St, Suite 1500,
               Tulsa, OK 74134-1424
14855774      +EJG Strategic Partners,    1980 Miller Place,    Merrick, NY 11566-3419
14855701      +Enterprise FM Exchange,    9315 Olive Blvd.,    St. Louis, MO 63132-3211
14855887      +Fast Lane Car Wash & Lube,    1165 S Morrison Blvd,    Hammond, LA 70403-5409
14855826      +Fastenal Company,    Fastenal Company P.O. Box 1286,    Winona, MN 55987-7286
```

```
District/off: 0422-9           User: huntingto              Page 2 of 5                   Date Rcvd: Jun 21, 2019
                               Form ID: VAN015              Total Noticed: 229

14855838       FedEx Office,   FedEx Office PO Box 371461,    Pittsburgh, PA 15250-7461
14855819       First Insurance Funding,    PO Box 7000,   Carol Stream, IL 60197-7000
14855893      +Five Star Idealease,LLC,    1810 SOUTH 19TH ST,    Harrisburg, PA 17104-3205
14855854      +FleetScreen, Ltd.,    2421 West Seventh St. Ste. 350,    Ft. Worth, TX 76107-2395
14855889       Fleetpride,   P.O. Box 281811,    Atlanta, GA 30384-1811
14855882       Florida Dept. of Revenue,    Account Management Fuel Unit,    PO Box 6480,
                Tallahassee, FL 32314-6480
14855843      +Frank Martin Sons, Inc.,    Franklin Martin Sons, Inc. P.O. Box 10,
                Fort Kent Mills, ME 04744-0010
14855883      +Frost Trailer Parts, Inc.,    PO Box 847,   West Monroe, LA 71294-0847
14855807      +GAC PAINTING, INC.,    PO BOX 1193,   GLEN BURNIE, MD 21060-1193
14855705      +GARNET CAPTIVE,    604 E BALTIMORE PIKE,    MEDIA, PA 19063-1735
14855813     #+GLOBAL ENERGY PROPERTIES,    707 SABLE OAKS DRIVE SUITE 150,    SOUTH PORTLAND, ME 04106-6954
14855753      +Global Rental Co., Inc.,    PO Box 11407,   Birmingham, AL 35246-0100
14855874      +Graphic Technologies, Inc.,    235 Hughes Rd., Ste. A,    Madison, AL 35758-1142
14855766      +Groff Tractor & Equipment, LLC,    6779 Carlise Pike,    Mechanicsburg, PA 17050-1712
14855846      +Group Dynamic, Inc.,    411 U.S. Route One,    Falmouth, ME 04105-1354
14855721      +HERITAGE Cooperative Inc.,    P.O Box 68 11177 TWP Rd 133,    WEst Mansfield, OH 43358-0068
14894836      +Hartford Fire Insurance Company,    Bankruptcy Unit, HOc-R, Home Office,
                Hartford, CT 06155-0001
14855767      +I.B.E.W LOCAL 42 OSHE,    379 WETHERELL STREET,    MANCHESTER, CT 06040-6349
14855760     #+I.B.E.W. Loc. 104 O.S.H.E.,    I.B.E.W. Local 104 130 West Street,    Walpole, MA 02081-1610
14855751     #+I.B.E.W. Local 104,    130 West Street,    Walpole, MA 02081-1610
14855870      +I.B.E.W. Local 104 PAC,    NELCE Benefit Board,    700 White Plains Road, STE 271,
                Scarsdale, NY 10583-5063
14855876      +I.B.E.W. PAC,    900 SEVENTH STREET NW,    WASHINGTON, DC 20001-3886
14855780      +IBEW Loc 104 Market Recovery,    I.B.E.W. Local 104 130 West Street,    Walpole, MA 02081-1610
14855712      +IUOE Benefit Funds,    P.O Box 1477,   Fort Washington, PA 19034-8477
14855747      +IUOE Local 4,    IUOE Local 4 16 Trotter Dr.,    Medway, MA 02053-2299
14855748      +IUOE Local 542,    P.O. Box 1477,   Fort Washington, PA 19034-8477
14855713       IUOE Pipeline Health & Welfare,    PO Box 418049,    Boston, MA 02241-8049
14855781      +JAMES MURPHY,    15551 BANKFIELD DRIVE,    WATERFORD, VA 20197-1297
14855700      +James River Equipment,    245 Yardmaster Courr,    Stephenson, VA 22656-1761
14855728      +Jarraff Industries, Inc.,    1731 Gault St.,    St. Peter, MN 56082-1700
14855850      +Jims Auto,    7355 Cypress Street,   West Monroe, LA 71291-9160
14855885       John Deere Financial,    P.O. Box 650215,    Dallas, TX 75265-0215
14855739      +KAREN RENEE INTERIOR DESIGNS,    540 BALTIMORE ANNAPOLIS BLVD,    SEVERNA PARK, MD 21146-3811
14891515      +KENT TRUCK-TRAILER SERVICE, LLC,    P. O. BOX 198,    FLUKER, LA 70436-0198
14855754       Keepers Staffing,    P.O Box 823424,   Philadelphia, PA 19182-3424
14855818      +Kent Truck Trailer Svc., LLC,    PO Box 198,    Fluker, LA 70436-0198
14855828       Key Credit Card,    PO Box 790408,    St. Louis, MO 63179-0408
14855865      +LB Water,    PO Box 60,   Seliinsgrove, PA 17870-0060
14855772      +LESLIE RUTH STALLKNECHT,    3949 PENDER DRIVE SUITE 105,    FAIRFAX, VA 22030-6048
14855709      +LISKOW & LEWIS, APLC,    701 POYDRAS STREET SUITE 5000,    NEW ORLEANS, LA 70139-5000
14855711       Laborers-Employer Benefit Plan,    P. O. Box 94491,    Chicago, IL 60690-4491
14855861      +Laplante Farms,    1303 Hamlin Road,   Van Buren, ME 04785-4121
14855814       Liberty Mutual Insurance Co,    PO Box 7247-0109,    Philadelphia, PA 19170-0109
14855759      +Lloyd Electronics,    PO Box 250,   Millwood, WV 25262-0250
14896210      +Louisiana Department of Revenue,    P O Box 66658,    Baton Rouge, La. 70896-6658
14855802       Louisiana Dept. of Revenue,    Box 1231,    Baton Rouge, LA 70821-1231
14855729      +Lynn Pomerleau,    Lynn Pomerleau 25 Kelsie Lane,    Lyman, ME 04002-6126
14855761       MMTA Discount Toll Program,    P.O. Box 857 142 Whitten Road,    Augusta, ME 04332-0857
14855888      +MMTA Services, Inc,    142 Whitten Road P.O. Box 857,    Augusta, Main 04332-0857
14855779      +MOUNTVILLE CENTER, LLC,    5101 MOUNTVILLE ROAD SUITE A,    FREDERICK, MD 21703-7851
14855782       MSDS Online, Inc.,    27185 Network Place,    Chicago, IL 60673-1271
14855757      +Mahone Tire Services Inc.,    1615 14th Street,    Parkersburg, WV 26101-4157
14855852       Maine Revenue Services,    P.O. Box 1065,    Augusta, ME 04332-1065
14855816      +ManagerPlus Solutions LLC,    9350 S 150 E, Suite 650,    Sandy, UT 84070-2704
14897066      +Mass. Dept. of Revenue Attn: Bankruptcy Unit,    P.O. Box 9564,    Boston, MA 02114-9564
14855741       Massachusetts Dept of Revenue,    P.O. Box 7089,    Boston, MA 02204-7089
14855746      +Massachusetts Dept. of Revenue,    100 Cambridge Street,    Boston, MA 02114-2509
14855737       May Heavy Equipment, LLC,    PO BOx 1335 Dept. 720049,    Charlotte, NC 28201-1335
14855829      +Metro Motor (442 North Henry),    442 North Henry Street,    Alexandria, VA 22314-2231
14855899       Mississippi Secretary of State,    P. O. Box 136,    Jaskon, MS 39205-0136
14855834       Mobile Mini,    P. O. Box 650882,    Dallas, TX 75265-0882
14855789       ModSpace,    12603 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0126
14855786      +N.E.A.T.,    NEAT 1513 Ben Franklin Highway,    Dougsville, PA 19518-1939
14855803      +N.E.I.F.,    NELCE Benefit Board,    700 White Plains Road, STE 271,    Scarsdale, NY 10583-5063
14855785      +N.E.L.C.A.F.,    NELCE Benefit Board,    700 White Plains Road, STE 271,
                Scarsdale, NY 10583-5063
14855886      +N.L.M.C.C.,    NELCE Benefit Board,    700 White Plains Road, STE 271,    Scarsdale, NY 10583-5063
14855707      +NEEW Benefit Fund,    N.E.E.W. Benefits Fund P.O. Box 5817,    Wallingford, CT 06492-7617
14855703      +NEEW Money Purchase Plan Trust,    N.E.E.W. Benefits Fund,    P.O. Box 5817,
                Wallingford, CT 06492-7617
14855776       NH Bragg,    NH Bragg PO Box 927,    Bangor, ME 04402-0927
14855860      +NIC Federal, LLC,    P. O. Box 219907,    Kansas City, MO 64121-9908
14855878      +Northeast Technologies,    725 Main St., Ste. 1,    South Portland, ME 04106-5424
14855868      +O’Reilly Auto Parts,    PO Box 9464,   Springfield, MO 65801-9464
14855853       OHIO ATTORNEY GENERAL,    OHIO TREASURER OF STATE,    PO BOX 89471,    CLEVELAND, OH 44101-6471
14855863       OHIO CAT,    BOX 774439,   4439 SOLUTIONS CENTER,    CHICAGO, IL 60677-4004
```

```
District/off: 0422-9           User: huntingto             Page 3 of 5                   Date Rcvd: Jun 21, 2019
                               Form ID: VAN015             Total Noticed: 229

14855896       Ohio Department of Taxation,    P. O. Box 181140,    Columbus, OH 43218-1140
14855866       Ohio Laborers Fringe Benefit,    800 Hilsdowne Road,    Westerville, OH 43081-3302
14855897       PA Department of Revenue,    P.O. Box 280502,    Harrisburg, PA 17128-0502
14855715       PA Department of State,    P.O. Box 8722,    Harrisburg, PA 17105-8722
14855765      +PIBF,    4845 S 83rd Avenue,    P O Box 470950,    Tulsa, OK 74147-0950
14855805     ++PUCKETT MACHINERY COMPANY,    PO BOX 321033,    FLOWOOD MS 39232-1033
               (address filed with court: PUCKETT MACHINERY COMPANY,    PO BOX 321033,    FLOWOOD, MS 39232)
14855849      +Partners Printing, Inc.,    800 Main Street Suite 1,    South Portland, ME 04106-6050
14855752      +Phinney & Assoc., LLC,    62 School St.,    Dedham, MA 02026-4330
14855743      +PiF Technologies, Inc.,    1370 Hooksett Rd.,    Hooksett, NH 03106-1873
14855797     #+Pipe Line Contractors Assoc.,    1700 Pacific Ave. Suite 4100,    Dallas, TX 75201-4624
14855716       Pipeline Supply & Service, LLC,    PO Box 74321,    Cleveland, OH 44194-4321
14855840       Pitney Bowes (lse meters),    PO BOx 371887,    Pittsburgh, PA 15250-7887
14855770      +Pot-O-Gold Rentals LLC,    PO Box 1627,    Hammond, LA 70404-1627
14855694       PowerPlan,    21310 Network Place,    Chicago, IL 60673-1213
14855736       Praxair Distribution, Inc,    P.O. Box 382000,    Pittsburgh, PA 15250-8000
14855702      +Progress Rail Services,    1600 Progress Dr,,    Albertville, AL 35950-8545
14855835      +RT Carey Trucking LLC,    61 Heisers Lane,    Carlisle, PA 17015-9205
14855811       Ring2 Communications, LLC,    Dept CH16201,    Palatine, IL 60055-6974
14855758      +Rugged Enterprises LLC,    4268 Beagle Rd.,    White City, OR 97503-9511
14855726       SIEMANS FINANCIAL SERVICES,INC,    PO BOX 2083,    CAROL STREAM, IL 60132-2083
14855763      +SPINNAKER BAY,    1001 ALICEANNA STREET,    BALTIMORE, MD 21202-4390
14855755      +SRB & Associates,    4800 ROLAND AVENUE SUITE 202,    BALTIMORE, MD 21210-2346
14855862       Safelite Solutions, LLC,    PO Box 633197,    Cincinnati, OH 45263-3197
14855720      +Seago & Carmichael,    8126 One Calais Ave., Ste. 2C,    Baton Rouge, LA 70809-3448
14855845       Secretary of State - Georgia,    2 Martin Luther King Jr.DrSte303,    Atlanta, GA 30334
14855745      +Shalata's Land Clearing,    720 Cabin Lane,    Meshoppen, PA 18630-8557
14855717      +Shiloh Paving & Excavating,INC,    300 Cloverleaf RD,    York, PA 17406-6028
14855875       ShredSafe LLC,    P.O. Box 155,    Bangor, ME 04402-0155
14855815      +Sign de Signs and More,    200 N. Morrison Blvd.,    Hammond, LA 70401-2921
14855884       South Carolina Dept of Revenue,    Corporate Taxable,    Columbia, SC 29214-0033
14855825       Southern Tire Mart,    PO Box 1000,    Memphis, TN 38148-0143
14855773       Spectrum Business,    PO Box 742614,    Cincinnati, OH 45274-2614
14855783       Spinglass Management Group LLC,    P.O. Box 7211,    Portland, ME 04112-7211
14855895      +St. Landry Parish Economic Dev,    5367 I-49 S. Service Rd.,    Opelousas, LA 70570-0743
14855836      +St. Peter Safety Services,    P.O. Box 323,    Jackman, ME 04945-0323
14855719      +State of New Jersey,    Division of Taxation PO Box 282,    Trenton, NJ 08602-0282
14855821      +Stephenson Equipment, Inc.,    7201 Paxton Street,    Harrisburg, PA 17111-5198
14855742      +TALLMAN EQUIPMENT CO, INC,    PO BOX 704,    BENSENVILLE, IL 60106-0704
14855775      +Tangi Industrial Sales, LLC,    1003 S. Cypress Street,    Hammond, LA 70403-5156
14855858      +Tennessee Dept of Revenue,    500 Deaderick Street,    Andrew Jackson State Office Bldg,
               Nashville, TN 37242-0001
14855790       Terra Solutions Engineering LL,    5216 Chairmans Court Suite 105,    Frederick, MD 21703-2881
14855898       Texas Secretary of State,    PO Box 13697,    Austin, TX 78711-3697
14855796       The Hartford,    PO Box 660916,    Dallas, TX 75266-0916
14855733      +Titan Utility Services,    P.O. Box 745,    Albany, LA 70711-0745
14855871      +Tony's Tire & Automotive, Inc.,    14340 University Ave.,    Hammond, LA 70401-7042
14855857      +TransSystems, Inc.,    1850 US Hwy. 17-92 N,    Davenport, FL 33837-8608
14855740      +Tri-Boro Construction Supplie,,    Po Box 8 465 E Locust St,    Dallastown, PA 17313-0008
14855793      +Tri-Boro Materials,LLC,    PO Box 98,    Dallastown, PA 17313-0098
14855873       TruckPro, LLC,    29787 Network Place,    Chicago, IL 60673-1787
14855894      +Turner Hydraulics Inc.,    1605 Industrial Drive,    Carlisle, PA 17013-9615
14855841       UCO Equipment, LLC,    P.O. Box 775543,    Chicago, IL 60677-5543
14855695      +US Applicators LLC,    P.O. Box 563,    Louisville, MS 39339-0563
14855731      +Union Quarries, Inc.,    102 Bonny Brook Road,    Carlisle, PA 17013-9287
14855691      +United Insurance,    470 Forest Ave ATTN: Jenn Gower,    Portland, ME 04101-2009
14855699       United Rentals, Inc.,    PO Box 100711,    Atlanta, GA 30384-0711
14855798      +Urban Dimensions, LLC,    Urban Dimensions, LLC 729 Camp St.,    New Orleans, LA 70130-3701
14855764      +Venture Drive-Away Service,LLC,    2146 Epworth Rd.,    Cana, VA 24317-4718
14855820       W.B. Mason,    W.B. Mason PO Box 981101,    Boston, MA 02298-1101
14855750      +WALKER CAT,    1400 E DUPONT AVE,    BELLE, WV 25015-1620
14855778      +WILGUS & COMPANY, INC,    PO BOX 186,    CADIZ, OH 43907-0186
14855867      +Walters Portable Toilets,    PO Box 340,    Grantville, PA 17028-0340
14855837      +Wells Fargo,    PO Box 70239,    Philadelphia, PA 19176-0239
14855806      +Whited Truck Center,    207 Perry Rd.,    Bangor, ME 04401-6721
14855762       Williams Scotsman, Inc.,    P. O. Box 91975,    Chicago, IL 60693-1975
14855832      +WorkCare, Inc.,    300 S Harbor Blvd 600,    Anaheim, CA 92805-3718
14855833      +Yankee Custom Inc,    1271 Main Street,    Tewksbury, MA 01876-2087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 22 2019 03:35:50
                Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
14855810       +E-mail/Text: brenda.hirth@airgas.com Jun 22 2019 03:35:36      Airgas USA, LLC,    PO Box 532609,
                Atlanta, GA 30353-2609
14855693       +EDI: AMEREXPR.COM Jun 22 2019 06:53:00      American Express,    PO Box 981527,
                El Paso, TX 79998-1527
14885289        EDI: BECKLEE.COM Jun 22 2019 06:53:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
```

```
District/off: 0422-9           User: huntingto             Page 4 of 5                  Date Rcvd: Jun 21, 2019
                               Form ID: VAN015             Total Noticed: 229


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14855864       E-mail/Text: cls-bankruptcy@wolterskluwer.com Jun 22 2019 03:35:35     CT Corporation,
                PO Box 4349,    Carol Stream, IL 60197-4349
14894853      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 22 2019 03:35:50     Commonwealth of PA - UCTS,
                Dept. of Labor and Industry,    651 Boas St, Rm 925,    Harrisburg, PA 17121-0751
14864962      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 22 2019 03:35:50
                Commonwealth of Pennsylvania,    Dept of Labor and Industry,
                c/o Deb Secrest, Collections Support Uni,    651 Boas Street, Room 925,
                Harrisburg, PA 17121-0751
14855771       E-mail/Text: scd_bankruptcynotices@grainger.com Jun 22 2019 03:34:47     Grainger,
                Grainger Dept. 875366817,   Palatine, IL 60038-0001
14855708       E-mail/Text: mcardini@he-equipment.com Jun 22 2019 03:35:08     H&E Equipment Services,
                P. O, Box 849850,    Dallas, TX 75284-9850
14855892       E-mail/Text: rev.bankruptcy@illinois.gov Jun 22 2019 03:34:44     Illinois Dept of Revenue,
                Springfield, IL 62736-0001
14859211       EDI: IRS.COM Jun 22 2019 06:53:00      Internal Revenue Service,   P. O. Box 7346,
                Philadelphia, PA  19101-7346
14855749      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 22 2019 03:34:58     Key Bank,
                85 Commercial Street,    Portland, ME 04101-4703
14855698       E-mail/Text: rita.robles@key.com Jun 22 2019 03:34:23     Key Equipment Finance, Inc.,
                PO Box 74713,    Cleveland, OH 44194-0796
14855727      +E-mail/Text: creditdepartment@kirby-smith.com Jun 22 2019 03:35:55
                Kirby-Smith Machinery, Inc.,    PO Box 270360,   6715 W Reno Ave,
                Oklahoma City, OK 73127-6590
14855734      +E-mail/Text: jane.fryback@nescorentals.com Jun 22 2019 03:35:16     NESCO LLC,
                6714 Pointe Inverness Way, Ste. 2,    Fort Wayne, IN 46804-7935
14855844       E-mail/Text: Bankruptcy.notices@tax.state.oh.us Jun 22 2019 03:35:34     OHIO DEPT OF Taxation,
                P.O. Box 530,    Columbus, Ohio 43216-0530
14874859      +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Jun 22 2019 03:35:34
                Ohio Department of Taxation,    Bankruptcy Division,   P.O. Box 530,    Columbus, OH 43216-0530
14880158       E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 22 2019 03:35:10     PACCAR Financial Corp.,
                Attn: Linda Markle, BK Specialist,    P.O. Box 1518,    Bellevue, WA  98009-1518
14855744       E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 22 2019 03:35:10     Paccar Financial Corp,
                Paccar Financial Co PO Box 642945,    Pittsburgh, PA 15264-2945
14902314      +E-mail/Text: bankruptcy@pb.com Jun 22 2019 03:35:33
                Pitney Bowes Global Financial Services LLC,    27 Waterview Drive,    Shelton, CT 06484-4301
14855830      +E-mail/Text: jmcveigh@preti.com Jun 22 2019 03:34:49
                Preti, Flaherty, Beliveau & Pachios LLP,    Anthony J. Manhart, Esq./Preti Flaherty,
                P.O. Box 9546,    Portland, ME 04112-9546
14885591      +E-mail/Text: bankruptcy@sctax.org Jun 22 2019 03:35:09     South Carolina Department of Revenue,
                P. O. Box 12265,    Columbia, SC 29211-2265
14859210      +E-mail/Text: atlreorg@sec.gov Jun 22 2019 03:34:42     U.S. Securities and Exchange Commission,
                Office of Reorganization,    950 East Paces Ferry Road, N.E.,    Suite 900,
                Atlanta, GA 30326-1382
14855804       EDI: VERIZONCOMB.COM Jun 22 2019 06:53:00      Verizon Wireless,   P.O. Box 15062,
                Albany, NY 12212-5062
14855735      +E-mail/Text: bkr@taxva.com Jun 22 2019 03:35:22     Virginia Dept of Taxation,   PO Box 2156,
                Richmond VA 23218-2156
14855696       E-mail/Text: bankruptcy@wrightexpress.com Jun 22 2019 03:34:42     WEX,
                Wright Express PO Box 6293,    Carol Stream, IL 60197-6293
                                                                                                TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Advantage Capital Mississippi Partners I, L.P.
cr             Associated Pipe Line Contractors, Inc.
cr             Caterpillar Financial Services Corporation
mvnt           First Insurance Funding, a Division of Lake Forest
cr             KeyBank National Association
cr             National Society of Professional Engineeres
cr             TCF Equipment Finance, a division of TCF National
14855880       Dell Business Credit
14855891       Efax
14855725       John Hancock
14855890       KIMBLE RECYCLING & DISP, INC
14855824       One Time
14855714       Patient Advocates Summ. Vendor
14855692*     +United States Treasury,   Internal Revenue Service,   PO Box 7346,    Philadelphia PA 19101-7346
                                                                                 TOTALS: 13, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-9           User: huntingto            Page 5 of 5                  Date Rcvd: Jun 21, 2019
                               Form ID: VAN015            Total Noticed: 229
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:

      Alison Ross Wickizer Toepp    on behalf of Creditor    KeyBank National Association
       atoepp@reedsmith.com,
       dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com
      Andrea Campbell Davison    on behalf of Creditor    Sterling National Bank ADavison@beankinney.com,
       onazar@beankinney.com
      Benjamin Lakin Williams    on behalf of Creditor    Associated Pipe Line Contractors, Inc.
       blwilliams@kilpatricktownsend.com,
       dshank@kilpatricktownsend.com;dlynch@kilpatricktownsend.com;LParkins@kilpatricktownsend.com;dcarlin@kilpatricktownsend.com
      Daniel M. Press    on behalf of Debtor    Global Environmental Solutions, Inc.
       dpress@chung-press.com,    pressdm@gmail.com
      David William Gaffey    on behalf of Creditor    Caterpillar Financial Services Corporation
       dgaffey@wtplaw.com,    clano@wtplaw.com
      Jack Frankel    on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov,
       USTPRegion04.ax.ecf@usdoj.gov
      Jacob A. Manheimer    on behalf of Creditor    KeyBank National Association
       jmanheimer@pierceatwood.com
      Jeffrey Kurtzman    on behalf of Creditor    Pareto Captive Services kurtzman@kurtzmansteady.com
      John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
      Kevin M. O'Donnell    on behalf of Movant    First Insurance Funding, a Division of Lake Forest
       Bank & Trust Company, N.A. kmo@henrylaw.com,    marcel@henrylaw.com
      Leonidas Koutsouftikis    on behalf of Creditor    National Society of Professional Engineeres
       lkouts@magruderpc.com,    mcook@magruderpc.com
      Lisa P. Sumner    on behalf of Creditor    May Heavy Equipment, LLC lsumner@nexsenpruet.com,
       nnelson@nexsenpruet.com
      Michael D. Mueller    on behalf of Creditor    Advantage Capital Mississippi Partners I, L.P.
       mmueller@williamsmullen.com,    avaughn@williamsmullen.com
      Richard D. Scott    on behalf of Creditor    PACCAR Financial Corp. richard@rscottlawoffice.com
      Robert M. Marino    on behalf of Creditor    TCF Equipment Finance, a division of TCF National Bank
       rmmarino@rpb-law.com,    rmmarino1@aol.com
      Scott W. Foley    on behalf of Movant    First Insurance Funding, a Division of Lake Forest Bank &
       Trust Company, N.A. swf@shapirosher.com,
       ajs@shapirosher.com;msw@shapirosher.com;jlj@shapirosher.com;ejd@shapirosher.com
      Vernon E. Inge, Jr.    on behalf of Creditor    Caterpillar Financial Services Corporation
       vinge@wtplaw.com,    eslate@wtplaw.com

                                                                                          TOTAL: 17